### DALY et al. v. STATE. (6 Div. 291.)

(Court of Appeals of Alabama. June 30, 1923.)

Appeal and error ⊜⇒78(3)—Judgment sustaining demurrers to motion to set aside judgment against sureties on appearance bond not "final judgment."

A judgment sustaining demurrers to a motion to set aside a judgment nisi against sureties on an appearance bond is not a final judgment from which an appeal may be taken under Code 1907, § 2837, or any other statute.

[Ed. Note.—For other definitions, see Words and Phrases, First and Second Series, Final Decree or Judgment.]

Appeal from Circuit Court, Blount County; O. A. Steele, Judge.

Motion by H. R. Daly and others to set aside a judgment nisi against them as sureties on an appearance bond. From a judgment sustaining demurrers to the motion, movants appeal. Appeal dismissed.

Ward, Nash & Fendley, of Oneonta, for appellants.

Brief of counsel is upon the merits of the cause, and in view of the decision is not necessary to be here set out.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

The judgment is not final, and an appeal does not lie. Code 1907, § 2837; Gibbs v. So. Ex. Co., 201 Ala. 506. 78 South. 860.. 1 Michie's Ala. Dig. Appeal and Error, § 66.

FOSTER, J. A conditional judgment was rendered in the circuit court against the appellants, as sureties on the appearance bond of Charley Doan, upon the failure of the defendant to appear to answer an indictment preferred against him by a grand jury of Blount county.

We find, no final judgment in the record which would support an appeal under section 2837 of the Code of 1907, or any other statute. The only judgment in the record is one sustaining the state's demurrers to a motion made by appellants (movants in the court below) to set aside a judgment nisi rendered against appellants as sureties on the appearance bond of Charley Doan. This court is therefore without jurisdiction to consider the rulings assigned as error, in the absence of such a judgment as will support an appeal. Section 2837, Code 1907; Gibbs v. Southern Express Co., 201 Ala. 506, 78 South. 860; 1 Michie's Ala. Dig. par. 66, p. 303; 13 Michie's Dig. par 78, p. 87.

The appeal is therefore dismissed.